Jasper Lee COOKS, Petitioner-Appellant,

v.

CIRCUIT COURT OF MOBILE COUNTY, Respondent-Appellee.

No. 75–1879.

United States Court of Appeals, Fifth Circuit.

Aug. 16, 1976.

Larry W. Yackle, University, Ala., for petitioner-appellant.

William A. Golinsky, Asst. Atty. Gen., William J. Baxley, Atty. Gen., Gary R. Maxwell, G. Daniel Evans, Asst. Attys. Gen., Montgomery, Ala., for respondent-appellee.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

(Opinion April 30, 1976, 5 Cir., 1976, 530 F.2d 1231).

Before GODBOLD, SIMPSON and CLARK, Circuit Judges.

PER CURIAM:

The Petition for Rehearing is DENIED and the Court having been polled at the request of one of the members of the Court and a majority of the Circuit Judges who are in regular active service not having voted in favor of it, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is also DENIED.

Before BROWN, Chief Judge, GEWIN, COLEMAN, GOLDBERG, AINSWORTH,

---

* Due to illness WISDOM and THORNBERRY, Circuit Judges, did not participate in this decision.

GODBOLD, DYER, MORGAN, CLARK, RONEY, GEE, TJOFLAT and HILL, Circuit Judges.*

GODBOLD, Circuit Judge (dissenting):

I dissent from the denial of rehearing and rehearing en banc, for the reasons set out in my dissent to the panel opinion, 530 F.2d 1241.

Judges BROWN, GOLDBERG and RONEY concur in the dissent to the denial of petition for rehearing en banc, for the same reasons.

* Due to illness Judge Wisdom and Judge Thornberry did not participate in this decision.